IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUSTIN L. DOYLE                                                                                          PETITIONER
REG. #15814-045

V.                                        NO.  2:06CV00051 GH

LINDA SANDERS, Warden,                                                                     RESPONDENT
FCI, Forrest City, AR

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau recommending that the petition for writ of habeas corpus be dismissed without prejudice. The recommended disposition was pursuant to the respondent's assertion that the BOP is currently modifying its procedures and that petitioner will be evaluated for RRC placement in accordance with 18 U.S.C. § 3621(b).

Petitioner has filed a traverse stating that he has been submitted for RRC placement but that he is not receiving the full 180 days.  It is unclear whether petitioner asserts that respondent continues to rely on the invalidated regulation and that he was not properly considered for placement in accordance with 18 U.S.C. § 3621(b) or whether he asserts that he is entitled to 180 days.  The Court is persuaded that the matter should be referred to the Magistrate Judge for clarification and consideration of the argument raised in the traverse.

Accordingly, the Court rejects the proposed Recommended Findings and Recommended Disposition of the Magistrate Judge and refers the case back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 19th day of May, 2006.

                                          _____
                                          UNITED STATES DISTRICT JUDGE